IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:24-CV-655-BO-KS

| | |
|---|---|
| C.K., by and through his parents, T.K. and A.W., <br><br> Plaintiff, <br><br> v. <br><br> WAKE COUNTY BOARD OF EDUCATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a) and hereby submits this voluntary dismissal without prejudice.

Respectfully submitted, this the 16th day of September, 2025.

/s/ Neubia L. Harris
Neubia L. Harris
N.C. Bar No.: 42069
The Law Office of Neubia L. Harris, PLLC
312 W. Millbrook Road, Ste. 141
Raleigh, NC 27609
(919) 526-0500 (telephone)
(919) 589-3935 (facsimile)
neubia@neubiaharrislaw.com
*Attorneys for Plaintiff*

# CERTIFCATE OF SERVICE

The undersigned hereby certifies served a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE on the following via e-filing using the CM/ECF filing system:

Stephen G. Rawson
Maya H. Weinstein
THARRINGTON SMITH, LLP
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Email:
srawson@tharringtonsmith.com
mweinstein@tharringtonsmith.com
*Attorneys for Defendant Wake County Board of Education, Dr. Robert P. Taylor, Catty Quiroz Moore, Mark Savage, and Peter Vierno*

Meredith Hubbard
HUBBARD LAW FIRM
150 Fayetteville Street, Suite 300
Raleigh, NC 27601
Email:
meredith@hubbardlawnc.com
*Attorney for Defendant Stacey Alston*

Joshua D. Xerri
THE LAW OFFICE OF JOSHUA D.XERRI
3064 Wake Forest Rd. #1034
Raleigh, NC 27609
Email: Jd@xerrilaw.com
*Attorney for Defendant Stacey Alston*

James Thornton
CRANFILL SUMNER
P.O. Box 27808
Raleigh, NC 27808
Email: JThornton@cshlaw.com
*Attorney for Defendant Kendra Hill*

A copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was sent via certified U.S. Mail, postage prepaid to the following addresses:

James Rencher III
5400 Meryton Park Way
Raleigh, NC 27616
*Pro Se Defendant*

This is the 16th day of September, 2025.

                                **/s/ Neubia L. Harris**
                                **Neubia L. Harris**
                                **N.C. Bar No.: 42069**
                                **The Law Office of Neubia L. Harris, PLLC**
                                **312 W. Millbrook Road, Ste. 141**
                                **Raleigh, NC 27609**
                                **(919) 526-0500 (telephone)**
                                **(919) 589-3935 (facsimile)**
                                neubia@neubiaharrislaw.com
                                ***Attorneys for Plaintiff***